AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| STATE OF CALIFORNIA et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:19-cv-960 |
| DONALD J. TRUMP et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

STATE OF CALIFORNIA.

Date: 04/11/2019

/s/
*Attorney's signature*

Elizabeth B. Rumsey, CA SBN 257908
*Printed name and bar number*

California Department of Justice
Office of the Attorney General
1515 Clay Street, 20th Floor
Oakland, California 94612
*Address*

liz.rumsey@doj.ca.gov
*E-mail address*

(510) 220-8228
*Telephone number*

(510) 622-2270
*FAX number*