AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| STATE OF CALIFORNIA, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:19-cv-00960 |
| DONALD J. TRUMP, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

STATE OF MINNESOTA                                                                                                  .

Date:       04/12/2019

/s/ Max Kieley
*Attorney's signature*

Max Kieley, 0389363 (MN)
*Printed name and bar number*

445 Minnesota Street, Suite 900
St. Paul, Minnesota 55101-2127

*Address*

Max.Kieley@ag.state.mn.us
*E-mail address*

(651) 757-1244
*Telephone number*

(651) 297-4139
*FAX number*