# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

STATE OF CALIFORNIA, *et al.*,

    *Plaintiffs*,

v.

DONALD TRUMP, *et al.*,

    *Defendants*.

No. 19-CV-960 (RDM)

## ORDER

For the reasons stated in the accompanying memorandum opinion, Dkt. 24, it is hereby

**ORDERED** that Plaintiffs' cross-motion for partial summary judgment, Dkt. 17, is **DENIED**; and it is further

**ORDERED** that Defendants' motion for summary judgment, Dkt.14, is **GRANTED**; and it is further

**ORDERED** that this case is **DISMISSED** for lack of subject-matter jurisdiction.

This Order constitutes the final judgment of the Court within the meaning of Federal Rule of Civil Procedure 58(a). The Clerk of Court is directed to terminate the case.

    **SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: April 2, 2020